UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES T MCINTOSH ,

        Plaintiff,

v.                                        Case No. 09-C-1106

CAPTAIN JADIN, C.O. MALUEG,
and NORB WENDRICKS,,

        Defendants.

**ORDER FOR A NEW TRIAL**

This matter came before the Court on a motion for a new trial pursuant to Fed. R. Civ. P. 59. Having considered the arguments of counsel and for the reasons set forth in the Court's notice of intent to order a new trial pursuant to Fed. R. Civ. P. 59(b), as well as the reasons stated on the record, the motion is granted. Plaintiff, now represented by counsel, may file an amended complaint on or before July 1, 2012. The case is set for a status conference on September 7, 2012, at 1:30 p.m.

      **SO ORDERED** this   25th   day of May, 2012.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge