UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CHARLES T. MCINTOSH,

    Plaintiff,

v.                                                                                             Case No. 09-C-1106

BROWN COUNTY, JOHN JADIN,
RYAN MALUEG, NORBERT WENDRICKS,
LT. VERDEGAN, M. ANDERSON, PAM PAGE,
MARK JENSON, JOHN AND JANE DOES,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANTS BROWN COUNTY, JOHN JADIN, NORBERT WENDRICKS, JESSE VERDEGAN, AND PAM PAGE

Based upon the dismissal stipulation of Plaintiff Charles T. McIntosh and Defendants Brown County, John Jadin, Norbert Wendricks, Jesse Verdegan, and Pam Page, and the Court being otherwise well advised in the premises,

**IT IS ORDERED** that all claims asserted by Plaintiff Charles T. McIntosh against Defendants Brown County, John Jadin, Norbert Wendricks, Jesse Verdegan, and Pam Page in the above matter are dismissed with prejudice and without costs.

Dated this   22nd   day of August, 2014.

                                                    BY THE COURT

                                                  s/ William C. Griesbach
                                                  Hon. William C. Griesbach, Chief Judge
                                                  United States District Court